Ronald PROCTOR, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 507, 2015

Supreme Court of Delaware.

Submitted: April 26, 2016

Decided: June 16, 2016

DISMISSED.

Bruce J. CARR, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee,

No. 79, 2016

Supreme Court of Delaware.

Submitted: April 11, 2016

Decided: June 16, 2016

AFFIRMED.

Sean JOHNSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 699, 2015

Supreme Court of Delaware.

Submitted: April 14, 2016

Decided: June 16, 2016

AFFIRMED.

Scott E. SHIRK, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 145, 2016

Supreme Court of Delaware.

Submitted: June 14, 2016

Decided: June 20, 2016

DISMISSED.